

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2021

No. 04-21-00100-CV

Penny **ALBAUGH**,
Appellant

v.

James **WARD** and Elda Gonzalez,
Appellees

From the County Court, Frio County, Texas
Trial Court No. 9642
Honorable Arnulfo C. Luna, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is dismissed for lack of jurisdiction. No costs of the appeal are taxed against appellant because she is indigent.

It is so **ORDERED** on August 25, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2021.

_____
Michael A. Cruz, Clerk of Court